**FILED**
Western District of Washington
at Seattle

MAY 2 3 2010

U.S. Bankruptcy Court

HONORABLE KAREN A. OVERSTREET
Chapter 11
Hearing Date: May 28, 2010
Hearing Time: 9:30 a.m.
Location: Seattle, Room 7206
Response Date: May 21, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>KARL JOHN REINKE,<br><br>                  Debtor.<br><br>KARL REINKE, an individual,,<br><br>                  Plaintiff,<br><br>    v.<br><br>NORTHWEST TRUSTEE SERVICE INC., a Washington corporation; AURORA LOAN SERVICES LLC, a Delaware corporation; BAC HOME LOANS SERVICING (f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, a Texas corporation; HOME CAPITAL FUNDING, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a Washington corporation; LAWYERS TITLE INSURANCE COMPANY, a Nebraska corporation; WINSTAR MORTGAGE PARTNERS INC, a Minnesota corporation, its successors and assign; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation,<br><br>                  Defendants. | NO. 09-19609<br><br><br><br><br><br><br><br><br>Adversary No. 09-01541<br><br><br><br>**ORDER GRANTING DEFENDANT BAC HOME LOANS SERVICING, LP'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[PROPOSED]** |

[ORDER GRANTING DEFENDANT BAC HOME
LOANS SERVICING, LP'S MOTION FOR SUMMARY
JUDGMENT – 1

116589 0154/1837881 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206 223 7000 FAX 206 223 7107

1       THIS MATTER having come before the Court upon the motion brought by

2 Defendant BAC Home Loan Servicing, LP ("BAC"), incorrectly identified in the above

3 adversary proceeding as "BAC Home Loans Servicing (f/k/a Countrywide Home Loans

4 Servicing, LP)", by and through its counsel, Lane Powell PC, for entry of an order dismissing

5 Karl Reinke's ("Plaintiff") Amended Complaint against it with prejudice; the Court having

6 considered the Motion and supporting memorandum, and the files and records herein, and

7 finds that circumstances exist for the relief requested, *The court's oral ruling*    *P/MO*
*on the record is incorporated*

8       NOW THEREFORE, it is hereby *by reference.*

9       ORDERED that the Motion is hereby granted, and all claims in Plaintiff's Amended

10 Complaint as against BAC are hereby DISMISSED WITH PREJUDICE pursuant Fed. R.

11 Bankr. P. 7056 and 9013, Fed. R. Civ. P. 56, and Local Bankruptcy Rules 7056-1 and 9013-

12 1.

13       DATED this 28th day of May, 2010.

14

15                                HONORABLE KAREN A. OVERSTREET

16 Presented by:

17 LANE POWELL PC

18

19 By /s/John S. Devlin
    John S. Devlin III, WSBA No. 23988
20     Andrew G. Yates, WSBA No. 34239
    Attorneys for Defendants BAC Home
21     Loans Servicing, LP

22

23

24

25

26

[ORDER GRANTING DEFENDANT BAC HOME
LOANS SERVICING, LP'S MOTION FOR SUMMARY
JUDGMENT – 2

116589 0154/1837881 1